PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ALYCIA CHADWELL, | ) |
|           Plaintiff, | ) CASE NO. 5:22CV045 |
| v. | ) JUDGE BENITA Y. PEARSON |
| MALCO PRODUCTS OF OHIO, INC., | ) |
|           Defendant. | ) **ORDER OF DISMISSAL** |

Plaintiff has voluntarily dismissed all claims with prejudice prior to Defendant filing an answer. ECF No. 6. Pursuant to Fed. R. Civ. P. 41(a)(1)(i), the matter is so dismissed.

IT IS SO ORDERED.

| | |
|---|---|
| March 4, 2022 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson<br>United States District Judge |